UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-24187-RAR

**ODIANNA BIEN-AIME DAMUS**,

    Plaintiff,

v.

**JACKSON NORTH MEDICAL CENTER**,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon Magistrate Judge Marty Fulgueira Elfenbein's Report and Recommendation, [ECF No. 7] ("Report"), filed on October 15, 2025. The Report recommends that the Court dismiss Plaintiff's Complaint, [ECF No. 1], without prejudice. The time for objections has passed, and there are no objections to the Report.

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). When no party has timely objected, however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's note to 1983 addition (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed—not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate[] [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In any event, the "[f]ailure to object to the magistrate [judge]'s factual

findings after notice precludes a later attack on these findings." *Lewis v. Smith*, 855 F.2d 736, 738 (11th Cir. 1988) (citing *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. 1982)).

Because there are no objections to the Report, the Court did not conduct a *de novo* review. Rather, the Court reviewed the Report for clear error. Finding none, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report, [ECF No. 6], is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Complaint, [ECF No. 1], is **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(b).

3. The Clerk of Court is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 31st day of October, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**